IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 5:13-cr-00010-1 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| ANTHONY LEE MARTINEZ, | ) | By: Hon. Michael F. Urbanski |
| Petitioner. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that the United States' motion to dismiss is **GRANTED**; the motion to vacate, set aside, or correct sentence is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for the United States.

ENTER: This 15th day of March, 2016.

/s/ Michael F. Urbanski
United States District Judge